**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-2644**

───────────

JOHN H. MURPHY,

                              Plaintiff - Appellant,

        versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

                              Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  James K. Bredar, Magistrate Judge.  (CA-
99-471-AW)

───────────

Submitted:  June 13, 2000          Decided:  July 25, 2000

───────────

Before WIDENER, WILKINS, and MICHAEL, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Stephen F. Shea, WILLONER, CALABRESE & ROSEN, P.A., College Park,
Maryland, for Appellant.  Lynne A. Battaglia, United States Attor-
ney, Allen F. Loucks, Assistant United States Attorney, Arthur J.
Fried, General Counsel, Charlotte J. Hardnett, Principal Deputy
General Counsel, James A. Winn, Associate General Counsel, Char-
lotte M. Connery-Aujla, Office of the General Counsel, SOCIAL
SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John H. Murphy appeals the magistrate judge's order denying Murphy's motion for summary judgment, granting the Commissioner's motion for summary judgment, and upholding the Commissioner's denial of Murphy's application for disability insurance benefits and supplemental security income.[*] On appeal, Murphy contends that the administrative law judge erred in relying on the testimony of a vocational expert as to the types of work Murphy could perform. We have reviewed the briefs and the administrative record and find that substantial evidence supports the Commissioner's decision denying benefits. See 42 U.S.C.A. § 405(g) (West Supp. 2000); Coffman v. Bowen, 829 F.2d 514, 517 (4th Cir. 1987). Accordingly, we affirm on the reasoning of the magistrate judge. See Murphy v. Apfel, No. CA-99-471-AW (D. Md. Oct. 8, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (1994).

2